ACCEPTED
14-15-00586-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/17/2015 5:10:23 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00586-CV

# In the Court of Appeals
# for the Fourteenth Judicial District
# Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/17/2015 5:10:23 PM
CHRISTOPHER A. PRINE
Clerk

FAIRFIELD INDUSTRIES, INC. D/B/A FAIRFIELDNODAL,
*Appellant*,

v.

EP ENERGY E&P COMPANY, L.P. F/K/A EL PASO E&P COMPANY, L.P.,
*Appellee.*

On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2014-11062

## APPELLANT'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellant, Appellant Fairfield Industries, Inc. d/b/a FairfieldNodal, files this Notice of Appearance of Counsel and Designation of Lead Counsel on appeal as follows:

1.      Appellant designates the following attorneys of the law firm of Sutherland Asbill & Brennan LLP, as counsel on appeal:

1

Sean D. Jordan
 State Bar No. 00790988
*sean.jordan@sutherland.com*
Kent C. Sullivan
 State Bar No. 19487300
*kent.sullivan@sutherland.com*
Danica L. Milios
 State Bar No. 00791261
*danica.milios@sutherland.com*
Peter C. Hansen
 State Bar No. 24066668
*peter.hansen@sutherland.com*
SUTHERLAND ASBILL & BRENNAN LLP
600 Congress Ave., Suite 2000
Austin, Texas 78701
[Tel.] (512) 721-2679
[Fax] (512) 721-2656

2.      Pursuant to TEX. R. APP. P. 6.1, Appellant hereby designates Sean D. Jordan as lead counsel on appeal.

3.      Appellant respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to the undersigned.

Respectfully submitted,


/s/ Sean D. Jordan
Sean D. Jordan
  State Bar No. 00790988
*sean.jordan@sutherland.com*
Kent C. Sullivan
  State Bar No. 19487300
*kent.sullivan@sutherland.com*
Danica L. Milios
  State Bar No. 00791261
*danica.milios@sutherland.com*
Peter C. Hansen
  State Bar No. 24066668
*peter.hansen@sutherland.com*
SUTHERLAND ASBILL & BRENNAN LLP
600 Congress Ave., Suite 2000
Austin, Texas 78701
[Tel.] (512) 721-2679
[Fax] (512) 721-2656

COUNSEL FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2015, a true and correct copy of the foregoing document was served via eFile.TXCourts.gov, U.S. Certified Mail, return receipt requested, or by FedEx on the following:

Mr. Thomas W. Paterson
Mr. Robert S. Safi
Ms. Abigail C. Noebels
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
*tpaterson@susmangodfrey.com*
*rsafi@susmangodfrey.com*
*anoebels@susmangodfrey.com*

Mr. James A. Porter
Ms. S. Pilar Gravitt Grantham
EP ENERGY
1001 Louisiana Street
Houston, Texas 77002
*james.porter@epenergy.com*
*pilar.grantham@epenergy.com*

COUNSEL FOR APPELLEE

/s/ Sean D. Jordan
Sean D. Jordan

4